RAMANDEEP BADWAL, Respondent, v AVTAR S. BADWAL, Appellant.

Submitted February 1, 2016; decided March 31, 2016

Motion for reargument denied [*see* 26 NY3d 1046 (2015)].

Chief Judge DIFIORE and Judge GARCIA taking no part.

In the Matter of BEATRICE R.H., Respondent. DEAN E.H., Respondent. PENNY F.H., Nonparty Respondent; ESTATE OF RONALD H., Nonparty Appellant.

Submitted February 1, 2016; decided March 31, 2016

Motion for reargument of motion for leave to appeal dismissed upon the ground that movant was not a party to the original motion for leave to appeal [*see* 26 NY3d 1077 (2015)].

Chief Judge DIFIORE and Judge GARCIA taking no part.

In the Matter of BROOKE S.B., Respondent, v ELIZABETH A.C-C., Respondent. R. THOMAS RANKIN, Attorney for the Child, Appellant.

Submitted March 28, 2016; decided March 31, 2016

Motion by National Center for Lesbian Rights et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge FAHEY taking no part.